IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NANO FIRE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FIREAWAY INC.,<br><br>    Defendant. | Case No.: 23-cv-00443 (JMB/DLM)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff Nano Fire LLC and Defendant Fireaway Inc., through their respective counsel of record, that the above-entitled action should be dismissed with prejudice but without costs to any party.

Date: May 16, 2024

DORSEY & WHITNEY LLP

By:  */s/ Shannon L. Bjorklund*
    Edward B. Magarian (#0208796)
    magarian.edward@dorsey.com
    Shannon L. Bjorklund (#0389932)
    bjorklund.shannon@dorsey.com
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

HECHT PARTNERS LLP
David L. Hecht (*pro hac vice to be filed*)
dhecht@hechtpartners.com
Delphine Knight Brown (*pro hac vice to be filed*)
dkbrown@hechtpartners.com
125 Park Avenue
New York, NY 10017
Telephone: (212) 851-6821

*Attorneys for Plaintiff Nano Fire LLC*

Date: May 16, 2024

DYKEMA GOSSETT PLLC

By: */s/ Michael P. Adams*
    Michael P. Adams (Pro Hac Vice)
    Texas State Bar No. 00872050
    MAdams@dykema.com
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 703-6300

DYKEMA GOSSETT PLLC
Michael R. Carey
Minnesota State Bar No. 0388271
mcarey@dykema.com
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 486-1589

J. Daniel Harkins (Pro Hac Vice)
Texas State Bar No. 09008990
DHarkins@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500

*Attorneys For Defendant Fireaway Inc.*

2